JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

FEB 07 2018

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. STANLEY PATRICK WEBER, Defendant. | CR 18- 14 -GF-BMM<br><br>INDICTMENT<br><br>AGGRAVATED SEXUAL ABUSE OF A CHILD (Counts I-II)<br>Title 18 U.S.C. §§ 1152 and 2241(c)<br>(Penalty: Life imprisonment, $250,000 fine, and five years of supervised release)<br><br>ATTEMPTED AGGRAVATED SEXUAL ABUSE OF A CHILD (Count III)<br>Title 18 U.S.C. §§ 1152 and 2241(c)<br>(Penalty: Life imprisonment, $250,000 fine, and five years of supervised release)<br><br>ATTEMPTED SEXUAL ABUSE OF A MINOR (Count IV)<br>Title 18 U.S.C. §§ 1152 and 2243(a)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

1

|  | **ABUSIVE SEXUAL CONTACT OF A MINOR (Count V)** <br> **Title 18 U.S.C. §§ 1152 and 2244(a)(2)** <br> **(Penalty: Three years imprisonment, $250,000 fine, and two years of supervised release)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That between on or about July 1, 1993 and January 24, 1995 at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, STANLEY PATRICK WEBER, knowingly engaged in a sexual act with R.F.H., an Indian Person, by placing his mouth on R.F.H.'s penis and by causing R.F.H. to place R.F.H.'s mouth on his penis, and at the time of the sexual act, R.F.H. had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1152 and 2241(c).

## COUNT II

That between on or about July 1, 1993 and January 24, 1995 at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, STANLEY PATRICK WEBER, knowingly engaged in a sexual act with R.F.H., an Indian Person, by intentionally touching R.F.H.'s penis with his hands and causing R.F.H. to touch his penis with R.F.H.'s hands with an intent to

abuse, humiliate, harass, degrade, arouse, and gratify the sexual desire of STANLEY PATRICK WEBER, and, at the time of the sexual contact, R.F.H. had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1152 and 2241(c).

## COUNT III

That between on or about July 1, 1993 and January 24, 1995 at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, STANLEY PATRICK WEBER, knowingly attempted to engage in a sexual act with R.F.H., an Indian Person, by attempting to insert his penis in R.F.H.'s anus and by attempting to cause R.F.H. to insert R.F.H.'s penis in his anus, and at the time of the sexual act, R.F.H. had not yet reached twelve years of age, in violation of 18 U.S.C. §§ 1152 and 2241(c).

## COUNT IV

That between on or about September 15, 1993 and June 30, 1995 at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, STANLEY PATRICK WEBER, attempted to knowingly engage in a sexual act with G.R.C., an Indian Person, by exposing his penis to G.R.C. and asking G.R.C. to allow him to place his penis in G.R.C.'s mouth, and, at the time of the offense, G.R.C. had attained the age of 12 but had not yet attained the age of

sixteen, and STANLEY PATRICK WEBER was more than four years older than G.R.C., in violation of 18 U.S.C. §§ 1152 and 2243(a).

## COUNT V

That between on or about September 15, 1993 and June 30, 1995 at or near Browning, within Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, STANLEY PATRICK WEBER, knowingly engaged in sexual contact with G.R.C., an Indian Person, by touching G.R.C.'s penis through the clothing with his hand, in violation of 18 U.S.C. §§ 1152 and 2244(a)(2).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant:
Bail:

Arraignment set
3/6/18 @ 10:00am
Judge Johnston

4