Nicole L. Siefert
State Bar No. 11235
**RHOADES SIEFERT & ERICKSON P.L.L.C.**
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
Telefax: (406) 728-5838
nicole@montanalawyer.com

*Pro Defendente*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-14-GF-BMM |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| STANLEY PATRICK WEBER, | |
| Defendants. | |

Nicole L. Siefert and the law firm of Rhoades Siefert & Erickson PLLC hereby give notice of their appearance in this case on behalf of Defendant, Stanley Patrick Weber.

Counsel hereby requests all correspondence, motions, pleadings, court filings, and other documentation be served upon the following address:

Nicole L. Siefert
RHOADES SIEFERT & ERICKSON P.L.L.C.
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
Telefax: (406) 728-5838
nicole@montanalawyer.com

DATED this 5th day of March, 2018.

Respectfully Submitted,
RHOADES SIEFERT & ERICKSON PLLC


By: */s/ Nicole L. Siefert*
Nicole L. Siefert
*Pro Defendente*

## *CERTIFICATE OF SERVICE*

I hereby certify that on the 5th day of March, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

By: */s/ Nicole L. Siefert*
Nicole L. Siefert