# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR 18-14-GF-BMM |
| | ) **MOTION FOR ADMISSION** |
| **STANLEY PATRICK WEBER**, | ) **PRO HAC VICE** |
| Defendant. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now the Defendant, Stanley Patrick Weber, by and through his counsel, and requests an order admitting attorney Ryan T. Cox Pro Hac Vice in this case.

### Statement of Movant

I, Nicole L. Siefert, an active member of the Bar of the U.S. District Court for the District of Montana, requests that this Court admit *pro hac vice* Ryan T. Cox, who will be counsel for the defendant, Stanley Patrick Weber, in the case listed above. I have confirmed that Ryan T. Cox is a member in good standing of the U.S. District Court for the District of Colorado and of the highest court of the state of Colorado, where Ryan T. Cox's principal practice is located, in addition to being a member of the bar for the state of Florida and the U.S. District Court for the Southern District of Florida. I am aware of local rule 83.1(D) regarding the appearance of attorneys pro hac vice.

| | |
|---|---|
| <u>March 5, 2018</u> | */S/ Nicole L. Siefert* |
| Date | Nicole L. Siefert |

## Statement of Proposed Admittee

| | |
|---|---|
| First/Middle/Last Name: | Ryan Thomas Cox |
| Primary Email Address: | rcox@springersteinberg.com |
| Telephone number: | 303-861-2800 |
| Fax Number: | 303-832-7116 |
| Firm Name: | Springer & Steinberg, P.C. |
| Firm Address: | 1600 Broadway, Suite 1200, Denver, Colorado 80202 |
| Bar Admission Number: | 49882 (Colorado); 0032686 (Florida) |

I, Ryan T. Cox, am currently a member in good standing of the U.S. District Court for the District of Colorado, where I was admitted January 4, 2017.  As of January 4, 2017, I am also a member in good standing of the highest court of the state of Colorado, where my principal practice is located.  Additionally, I am a member in good standing of the highest court of the state of Florida, having been admitted December 28, 2006, and the United States District Court for the Southern District of Florida, where I was admitted April 16, 2013.

I do not reside and am not regularly employed in Montana.  If admitted *pro hac vice*, I will enlist Montana attorney Nicole L. Siefert to assist me with representation as required by local rule 83.1(D) regarding the appearance of attorneys pro hac vice.

Contemporaneously with the filing of this application, I will pay the required admission fee indicated on this court's website.

I am proficient in the electronic filing procedures utilized by the United States District Court for the District of Colorado and the United States District Court for the Southern District of Florida.

I am in good standing and eligible to practice law in the courts referenced above.  I have no prior or pending disciplinary actions regarding my practice of law in any jurisdiction, and none of my admissions have ever been revoked.

I will review and abide by the Local Rules of Practice for the District of Montana, General Orders, Administrative Procedures, and all technical and procedural requirements. I have never been held in contempt or otherwise disciplined for disobeying court rules or orders, and I have never been personally sanctioned.

This is my first time applying to appear *pro hac vice* in this court. If admitted, I understand that my admission is personal to me, alone, and that I will be held fully accountable for the conduct of this litigation in this court.

Contemporaneously with the filing of this application, I have complied with Montana Rule of Professional Conduct 8.5.

| | |
|---|---|
| March 4, 2018 | /S/ *Ryan T. Cox* |
| Date | Ryan T. Cox |

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court sees just and proper in the premises.

Dated this 5th day of March, 2018.

/s/ *Nicole L. Siefert*
Nicole L. Siefert,
Bar Number 11235
Rhoades, Siefert & Erickson, PLLC
430 Ryman Street
Missoula, MT 59802
Tel: 406-721-9700
Fax: 406-721-5838
nicole@montanalawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

                                /s/ *Nicole L. Siefert*
                                Nicole L. Siefert,
                                Bar Number 11235
                                Rhoades, Siefert & Erickson, PLLC
                                430 Ryman Street
                                Missoula, MT 59802
                                Tel: 406-721-9700
                                Fax: 406-721-5838
                                nicole@montanalawyer.com