## AFFIDAVIT OF RYAN T. COX, ESQ.

I, Ryan T. Cox, being first duly sworn upon oath, depose and state as follows:

My contact information is:

| | |
|---|---|
| First/Middle/Last Name: | Ryan Thomas Cox |
| Primary Email Address: | rcox@springersteinberg.com |
| Telephone number: | 303-861-2800 |
| Fax Number: | 303-832-7116 |
| Firm Name: | Springer & Steinberg, P.C. |
| Firm Address: | 1600 Broadway, Suite 1200, Denver, Colorado 80202 |
| Bar Admission Number: | 49882 (Colorado); 0032686 (Florida) |

I am currently a member in good standing of the U.S. District Court for the District of Colorado, where I was admitted January 4, 2017. As of January 4, 2017, I am also a member in good standing of the highest court of the state of Colorado, where my principal practice is located. Additionally, I am a member in good standing of the highest court of the state of Florida, having been admitted December 28, 2006, and the United States District Court for the Southern District of Florida, where I was admitted April 16, 2013.

I do not reside and am not regularly employed in Montana. If admitted *pro hac vice*, I will enlist Montana attorney Nicole L. Siefert to assist me with representation as required by local rule 83.1(D) regarding the appearance of attorneys pro hac vice.

Contemporaneously with the filing of this application, I will pay the required admission fee indicated on this court's website.

I am proficient in the electronic filing procedures utilized by the United States District Court for the District of Colorado and the United States District Court for the Southern District of Florida.

I am in good standing and eligible to practice law in the courts referenced above. I have no prior or pending disciplinary actions regarding my practice of law in any jurisdiction, and none of my admissions have ever been revoked.

I will review and abide by the Local Rules of Practice for the District of Montana, General Orders, Administrative Procedures, and all technical and procedural requirements. I have never been held in contempt or otherwise disciplined for disobeying court rules or orders, and I have never been personally sanctioned.

This is my first time applying to appear *pro hac vice* in this court. If admitted, I understand that my admission is personal to me, alone, and that I will be held fully accountable for the conduct of this litigation in this court.

Contemporaneously with the filing of this application, I have complied with Montana Rule of Professional Conduct 8.5.

FURTHER AFFIANT SAYETH NAUGHT

BY: _____
Ryan T. Cox

STATE OF COLORADO   )
                    ) ss.
COUNTY OF DENVER    )

SUBSCRIBED AND SWORN to before me this 5th day of March 2018 by Ryan T. Cox.

WITNESS my hand and official seal.

MICHAELA LLOYD
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20034009098
My Commission Expires 03/22/2019

_____
Notary Public
My commission expires: _