OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana



Tyler P. Gilman
Clerk of Court

Beth Conley
Chief Deputy of Administration

Coleen Hanley
Chief Deputy of Operations

March 16, 2018

In Re:  Improper Signature

Document:  Notice of Acknowledgment of Pro Hac Vice Order

Document Number:  18

Date Filed:  March 15, 2018

Case Number:  CR-18-14-GF-BMM

Dear Harvey A. Steinberg:

The signature on the above document (Certificate of Service) does not comply with Local Rules or the Guide for Filing in the District of Montana. See L.R. 11.1(d).

This notice is for your information for future filings; the document does **not** need to be re-filed.

Please do not hesitate to contact me if you have questions regarding this notice.

Sincerely,


/s/ Suzy Redding
Case Manager
Telephone: (406) 454-7810
E-Mail:  suzy_redding@mtd.uscourts.gov
Website: www.mtd.uscourts.gov