IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 18-14-GF-BMM |
| ) | |
| **STANLEY PATRICK WEBER**, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR EARLY PRODUCTION OF *JENCKS* MATERIAL

**COMES NOW** the defendant, Stanley Patrick Weber, by and through his attorney, Ryan T. Cox, of the law firm of Springer and Steinberg, P.C., hereby moves this court to order the early production of *Jencks* material or in the alternative the production of same at the time of trial. The *Jencks Act*, as it is commonly known, require the government to disclose to defense counsel "any statement … of the witness in the possession of the United States which related to the subject matter as to which the witness has testified." 18 U.S.C. § 3500(b).

The defendant submits that waiting until trial to produce these statements will be at best disruptive, but at worst will prevent the defendant from obtaining a fair trial. Instead, requiring the government to provide statements of likely witnesses in the possession of the government in advance of trial will allow the defendant to make a more informed choice in regard to plea negotiations and will allow the defendant to more fully prepare for trial. In the alternative, should the court be unwilling to require the United States to

provide these materials early, the defendant hereby moves that the court order the government to provide these materials pursuant to the statute.

Dated this 13th day of April, 2018.

Respectfully Submitted,

/s/ *Ryan T. Cox*
Ryan T. Cox,
Admitted Pro Hac Vice
Colorado Bar Number 49882;
Florida Bar Number 0032686
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
rcox@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

/s/ *Ryan T. Cox*
Ryan T. Cox,
Admitted Pro Hac Vice
Colorado Bar Number 49882;
Florida Bar Number 0032686
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
rcox@springersteinberg.com