# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR 18-14-GF-BMM |
| **STANLEY PATRICK WEBER**, | ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, Stanley Patrick Weber, by and through his undersigned counsel, and moves this court for an order continuing the trial currently scheduled to begin May 14, 2018:

AS GROUNDS THEREFOR, the Defendant states as follows:

1. This is an action wherein Defendant Stanley Patrick Weber ("Weber") is charged with violations of §18 USC et al concerning the alleged sexual abuse of minors. Weber has pleaded not guilty, and the court has scheduled trial to begin May 14, 2018.

2. Contemporaneous with the filing of this motion, Weber has also filed several motions directed to the disclosure and admissibility of evidence at trial. Included among these are testimonial motions concerning the propriety of law enforcement interactions with Weber, such as an interview and a search of his home.

3. Weber requests pretrial resolution of these filings, and the relief requested therein, prior to trial. Additionally, Weber intends to obtain transcripts of any resultant court hearings for use in preparation for trial.

4. Accordingly, Weber requests this court delay the currently scheduled trial until after the court has concluded any requisite motions hearings and Weber has had a chance to review the transcripts emanating from such hearings.

5. Undersigned counsel has conferred with Assistant United States Attorney Jeffrey K. Starnes, Esq., representing the United States of America in this case. Mr. Starnes has indicated that he does **not** object to the relief requested.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court sees just and proper in the premises.

Dated this 13th day of April, 2018.

>Respectfully submitted,
>
>/s/ *Ryan T. Cox*
>Ryan T. Cox,
>Admitted Pro Hac Vice
>Colorado Bar Number 49882;
>Florida Bar Number 0032686
>Springer & Steinberg, P.C.
>1600 Broadway
>Denver, CO 80202
>Tel: 303-861-2800
>Fax: 303-832-7116
>rcox@springersteinberg.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

/s/ *Ryan T. Cox*
Ryan T. Cox,
Admitted Pro Hac Vice
Colorado Bar Number 49882;
Florida Bar Number 0032686
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
rcox@springersteinberg.com