OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of
Administration

Coleen Hanley
Chief Deputy of
Operations

April 16, 2018

In Re:  Unopposed and Opposed Motions

Document Numbers:  20,21,22,23,24,25,26,27,28,29,30

Date Filed:  April 13, 2018

Case Number:  CR-18-14 -GF-BMM

Dear Ryan Cox:

# ACTION REQUIRED!

A Proposed Order was not attached to the Unopposed Motion [30] to Continue Trial pursuant to Local Rule. Please e-file a Proposed Order using the event Submission of Proposed Order, Located under Other Documents.

A Proposed Order was not e-mailed to chambers in Word, WordPerfect, or other compatible program pursuant to Local Rule. Please e-mail a Proposed Order to the appropriate Judge using the judge's three initials followed by _propord@mtd.uscourts.gov (Example: XXX_propord@mtd.uscourts.gov).

**Counsel is also reminded to please review Local Rules CR 47.1 (Prerequisites to Filing a Motion) and 47.2 (Briefing). For future filings, when filing an opposed motion the brief in support must be filed separately.**

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,

/s/ Megan Stewart
Case Manager
Telephone: (406) 454-7814
E-Mail:  megan_stewart@mtd.uscourts.gov
Website: www.mtd.uscourts.gov