IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. CR 18-14-GF-BMM |
| ) | |
| **STANLEY PATRICK WEBER**, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING UNOPPOSED MOTION TO CONTINUE TRIAL**

The Court, having reviewed Defendant Stanley Weber's Unopposed Motion to Continue Trial, and being otherwise advised in the premises:

\_\_\_\_\_   Grants the motion.  The trial scheduled to begin May 14, 2018 is continued.

\_\_\_\_\_   Denies the motion.  The trial remains scheduled to begin May 14, 2018.

Dated this \_\_\_\_ day of April, 2018

_____
UNITED STATES DISTRICT JUDGE