**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT  59403**
**119 First Ave N., Suite 300**
**Great Falls, MT  59401**
**Phone:   (406) 761-7715**
**FAX:     (406) 453-9973**
**E-mail:  Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**STANLEY PATRICK WEBER**<br><br>**Defendant.** | **CR-18-14-GF-BMM**<br><br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS SEARCH WARRANT**<br>**(Doc. 20)** |

Weber moves to suppress all evidence obtained from a search of his home in Spearfish, South Dakota, on February 28, 2017.  The search was conducted pursuant to a search warrant issued by the United States District Court of the District of South Dakota.  Weber argues that the warrant was defective and, as a consequence, the resulting search must be suppressed.

1

The United States disagrees with Weber's analysis of the search warrant. However, because it does not intend to offer any evidence obtained from the search of Weber's home, United States withdraws its previously-stated objection to the motion.

Respectfully submitted this 30th Day of April, 2018.

KURT G. ALME
United States Attorney

/s/ Jeffrey K. Starnes
Assistant U.S. Attorney
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to D. Mont. CR 47.2, the attached response is proportionately

spaced, has a typeface of 14 points or more, and the body contains 238 words.


/s/ Jeffrey K. Starnes
Assistant U.S. Attorney
Attorney for Plaintiff