IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | CR 18-14-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on the following motions on **May 30, 2018 at 10:00 a.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

1. Defendant's Motion to Suppress, Doc. 20;

2. Defendant's Motion to Suppress, Doc. 21;

3. Defendant's Motion for Disclosure, Doc. 22;

4. Defendant's Motion fo Disclosure, Doc. 23;

5. Defendant's Motion for Disclosure, Doc. 24

6. Defendant's Motion for Disclosure of Brady Material, Doc. 25

7. Defendant's Motion to Produce Jencks Material, Doc. 27

8.  Defendant's Motion for Separate Trials, Doc. 28;

9.  Defendant's Motion for Disclosure, Doc. 29 and

10.  Defendant's Motion for Disclosure, Doc. 26.

DATED this 2nd day of May, 2018.

_____
Brian Morris
United States District Court Judge