**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT  59403
119 First Ave N., Suite 300
Great Falls, MT  59401
Phone:   (406) 761-7715
FAX:     (406) 453-9973
E-mail:  Jeff.Starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STANLEY PATRICK WEBER,**<br><br>Defendant. | CR-18-14-GF-BMM<br><br>**UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING, TRIAL, AND ALL REMAINING PRETRIAL DEADLINES** |

COMES NOW, the United States, by and through Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and respectfully moves this court for an order continuing the motions hearing currently set for May 30, 2018 until at least Friday, June 22, 2018.

The reason for this motion is that the United States intends to call SA Curt

1

Muller as a witness at the motions hearing in this case. Specifically, SA Muller interviewed the defendant and that interview is the subject of a defense motion to suppress. (*See* Doc. 21). SA Muller has a previously planned family vacation in Texas the week of May 28 – June 1. As part of the vacation, he will be attending a school graduation for a family member. SA Muller has already incurred expenses associated with the trip.

Pursuant to the local rule, the United States contacted both Mr. Cox and Ms. Seiffert and they do not object to the above motion so long as the motions hearing is continued until at least June 22, 2018.[1] Because the trial of this case is currently scheduled to begin on Monday, June 25, 2018, the parties each understand that a continuance of the motions hearing will also impact the trial date. The parties also do not object to a continuance of the trial date. The defendant is currently on pretrial release in South Dakota.

Based on the foregoing, the United States respectfully requests a continuance of the motions hearing in this matter until at least June 22, 2018. The United States further moves the Court to continue trial in this matter until a later date convenient to the Court.

//

---

[1] Both Mr. Cox and Ms. Seiffert indicated they have previously scheduled and overlapping engagements between May 30 and June 22, 2018.

DATED this 18th day of May, 2018.

                                   KURT G. ALME
                                   United States Attorney

                                   /s/ Jeffrey K. Starnes
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff