## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 18-14-GF-BMM |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STANLEY PATRICK WEBER, ) | |
| ) | |
| Defendant. | |

The Court has reviewed Defendant Stanley Weber's Unopposed Motion to Continue Motions Hearing. (Doc. 47.)

**IT IS HEREBY ORDERED** that the hearing scheduled for June 26, 2018 is hereby **VACATED** and **RESET** for **Tuesday, July 10, 2018 at 10:00 a.m.**

Dated this 22nd day of June, 2018

Brian Morris
United States District Court Judge