**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **STANLEY PATRICK WEBER,** <br><br> **Defendant.** | **CR 18-14-GF-BMM** <br><br><br> **UNOPPOSED MOTION FOR REDACTION OF VICTIM'S IDENTITY** |

The United States of America, represented by Jeffrey K. Starnes, Assistant

United States Attorney for the District of Montana, moves the Court to redact the

full name of the victims from the transcript of the Defendant's May 19, 2016

interview with law enforcement.    (Doc. 50, Exhibit B).

1

At the hearing, counsel for the United States admitted the full transcript as an exhibit but failed to request the redactions proposed in this motion.    Pursuant to Fed. R. Crim. P. 49.1(e), the United States respectfully requests the Court substitute the attached redacted version of Governments Exhibit B, which is included with this motion.

Ryan T. Cox, counsel for the defendant, has been contacted and does not oppose this request.

DATED this 13th day of July, 2018.

KURT G. ALME
United States Attorney


/s/ Jeffrey K. Starnes
JEFFREY K. STARNES
Assistant U.S. Attorney
Attorneys for Plaintiff