

**FILED**

JUL 1 3 2018

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 18-14-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STANLEY PATRICK WEBER, | |
| Defendant. | |

Upon unopposed request of the United States, and for good cause shown,

IT IS ORDERED that the Clerk of Court file the redacted version of the Government's Exhibit B, which was admitted at the motion's hearing on July 10, 2018. (Doc. 50). The Clerk of Court is further directed to dispose of the original Exhibit after the redacted versions are filed.

DATED this 13th day of July, 2018.

Brian Morris
United States District Court Judge