# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | CR-18-14-GF-BMM<br><br><br><br>**ORDER** |

The Court has reviewed Defendant Stanley Weber's Unopposed Motion to Postpone Trial Date. The record in this case reflects that Mr. Weber was indicted on February 7, 2018. (Doc. 1.) The Court set trial on May 14, 2018, pursuant to the Speedy Trial Act. (Doc. 13.)

Weber filed a motion to continue the trial on April 13, 2018. (Doc. 30.) The Court granted the motion and reset the trial for June 25, 2018. (Doc. 34.)

The Court set the motions hearing for May 30, 2018. (Doc. 44.) The Government requested and the Court granted a second continuance of the trial, motions hearing, and all remaining pre-trial deadlines on May 21, 2018. (Doc. 46.) The motions hearing was reset for June 26, 2018. *Id.* The trial was reset for August 6, 2018. *Id.*

Mr. Weber subsequently requested and the Court granted a second

continuance of the motions hearing on June 22, 2018. (Doc. 48.) The trial date remained August 6, 2018. *Id.* The Court held the motions hearing on July 10, 2018. (Doc. 50.) At the motions hearing, no party represented to the Court that they anticipated a filing motion to continue the trial.

No trial date has been set in Mr. Weber's case in South Dakota. Despite the Government's lack of objection to this Motion, the Court recognizes that the public and the alleged victims located in Montana possess a right to a speedy and public trial. This right would not be served by granting the Motion that defers this case indefinitely.

Accordingly, **IT IS HEREBY ORDERED** that Motion to Postpone Trial Date (Doc. 52) is DENIED.

DATED this 13th day of July, 2018.

_____
Brian Morris
United States District Court Judge