**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Jeffrey.Starnes@usdoj.gov


**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **STANLEY PATRICK WEBER,** <br><br> Defendant. | **CR 18-14-GF-BMM** <br><br><br> <u>**PETITION FOR WRIT OF HABEAS CORPUS**</u> **(For Testimony)** |

1

The United States of America, represented by Assistant United States Attorney Jeffrey K. Starnes, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of Montana State Prison and the United States Marshal for the District of Montana, to bring Michael John Four Horns before the Court at the following time and place:

    8:30 a.m. on August 6, 2018
    United States District Court
    Great Falls, Montana

The presence of Michael John Four Horns is needed for trial testimony.

Michael John Four Horns is in the Montana State Prison and therefore cannot appear before this Court unless this Writ is issued.

DATED this 17th day of July, 2018.

                        KURT G. ALME
                        United States Attorney

                        /s/ *Jeffrey K. Starnes*
                        _____
                        JEFFREY K. STARNES
                        Assistant U.S. Attorney
                        Attorneys for Plaintiff