Peter Michael Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, MT 59624
*Attorney for Dow Jones & Company, Inc.*



**FILED**

JUL 2 0 2018

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR 18-14-GF-BMM |
| | ) |
| **STANLEY PATRICK WEBER,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO OBTAIN LEAVE OF THE COURT TO CONDUCT
## AUDIO AND VIDEO RECORDING OF THE PROCEEDINGS

COMES NOW *Dow Jones & Company, Inc.*, publisher of *The Wall Street Journal*, and as and moves this Court for leave to audio and or video record the courtroom proceedings in the captioned matter. This motion is made upon the grounds and for the reasons more fully set forth in the memorandum submitted in support, thereof.

Counsel for the parties have been contacted concerning this motion and the Defendant does object to the motion. The U.S. Attorney's office has not responded as to whether the United States will object..

In the alternative, movant requests the Court to make its own recording of the proceedings pursuant to Local Rile 1.3(b)(3), so that movant may obtain a copy of the recording from the Clerk.

Dated this ____19____ day of ___July___, 2018

        Peter Michael Meloy
        **MELOY LAW FIRM**
        P.O. Box 1241
        Helena MT 59624

        Peter Michael Meloy, Esq.
        *Attorney for Dow Jones & Company, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on the ____19____ day of ___July___, 2018, a true and exact copy of the foregoing has been served electronically via the CM/ECF system which will automatically serve a Notice of Electronic Filing on the following:

Ryan T. Cox
Springer and Steinberg, P.C.
1600 Broadway

Denver, CO 80202
rcox@springersteinberg.com
*Attorney for Defendant*

Jeffrey K. Starnes
U.S. Attorney's Office
2601 Second Ave. North Ste 3200
Billings, MT 59101
*Attorneys for the United States*



Peter M. Meloy