**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:** (406) 657-6101
**FAX:** (406) 657 6989
**E-mail:** Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. STANLEY PATRICK WEBER, Defendant. | CR 18-14-GF-BMM  NOTICE OF APPEARANCE AS CO-COUNSEL |
|---|---|

Notice is hereby given to the Court and opposing counsel that Lori Harper Suek, Assistant U.S. Attorney, James F. Battin U.S. Courthouse, 2601 Second Ave. North, Suite 3200, Billings, MT 59101, telephone: (406) 657-6101, fax: (406) 657-6989, hereby enters her appearance as co-counsel in the above case.

1

DATED this 20th day of July, 2018.

        KURT G. ALME
        United States Attorney


        /s/ *Lori Harper Suek*
        LORI HARPER SUEK
        Assistant U.S. Attorney
        Attorney for Plaintiff