**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeffrey.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **STANLEY PATRICK WEBER,** <br><br> Defendant. | **CR 18-14-GF-BMM** <br><br><br> **PETITION FOR WRIT OF HABEAS CORPUS** (For Testimony) |

1

The United States of America, represented by Assistant United States Attorney Jeffrey K. Starnes, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of Pennington County Jail and the United States Marshal for the District of Montana, to bring Daniel Joseph Martin before the Court at the following time and place:

    8:30 a.m. on August 6, 2018
    United States District Court
    Great Falls, Montana

The presence of Daniel Joseph Martin is needed for trial testimony.

Daniel Joseph Martin is in the Pennington County Jail and therefore cannot appear before this Court unless this Writ is issued.

DATED this 23rd day of July, 2018.

    KURT G. ALME
    United States Attorney

    /s/ *Jeffrey K. Starnes*
    _____
    JEFFREY K. STARNES
    Assistant U.S. Attorney
    Attorneys for Plaintiff