# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR 18-14-GF-BMM |
| **STANLEY PATRICK WEBER**, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF INTENT TO PROCEED TO TRIAL

**COMES NOW** the Defendant, Stanley Patrick Weber, by and through his undersigned counsel, and provides notice that no plea bargain has been reached in this case and it remains scheduled for trial.

Dated this 23rd day of July, 2018.

    Respectfully submitted,

    /s/ *Ryan T. Cox*
    Ryan T. Cox,
    Admitted Pro Hac Vice
    Colorado Bar Number 49882;
    Florida Bar Number 0032686
    Springer & Steinberg, P.C.
    1600 Broadway
    Denver, CO 80202
    Tel: 303-861-2800
    Fax: 303-832-7116
    rcox@springersteinberg.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

/s/ *Ryan T. Cox*
Ryan T. Cox,
Admitted Pro Hac Vice
Colorado Bar Number 49882;
Florida Bar Number 0032686
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
rcox@springersteinberg.com