IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | CR 18-14-GF-BMM<br><br><br>**ORDER** |

Upon Petition of Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for testimony) directing the Warden of South Dakota Penitentiary and the United States Marshal for the District of Montana, to produce Paul Harold True Blood before the Court at the District Judge=s Courtroom in Great Falls, Montana, at 8:30 a.m. on Monday, August 6, 2018, and Paul Harold True Blood is

1

to stay in federal custody until the conclusion of this case.  Paul Harold True Blood shall then be returned to the custody of the South Dakota Penitentiary.

DATED this 24th day of July, 2018.

Brian Morris
United States District Court Judge