IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-14-GF-BMM |
| Plaintiff, | **ORDER** |
| v. | |
| STANLEY PATRICK WEBER, | |
| Defendants. | |

Defendant, Stanley Patrick Weber has moved for admission of Stephen M. Burnstein, Esq. Mr. (Burnstein) to practice before this Court in this case with Nicole L. Siefert.  (Doc. 57).  Mr. Burstein's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendant's motions to allow Mr. Burnstein to appear on his behalf (Docs. 57) is **GRANTED** on the following conditions:

1. Local counsel Ms. Siefert will be designated as lead counsel or as co-lead counsel with Mr. Burnstein.  Mr. Burnstein must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated

-1-

co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Ms. Siefert shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Burnstein, within ten (10) days from the date of this Order has filed his acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Burnstein.

DATED this 24th day of July, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge