# THE LAW FIRM OF
# SPRINGER STEINBERG
A PROFESSIONAL CORPORATION

1600 BROADWAY - SUITE 1200 - DENVER, COLORADO 80202

Ryan T. Cox, Esq.
rcox@springersteinberg.com

TELEPHONE (303) 861-2800
FACSIMILE (303) 832-7116
TOLL-FREE (877) 473-6004
www.springersteinberg.com

**FILED**

JUL 2 5 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

July 18, 2018

State Bar of Montana
7 West 6th Ave
Helena, MT 59601

**Via United States Mail**

Re:  **Admission Pro Hac Vice**
     **Attorney Stephen M. Burstein**
     **United States of America v. Stanley Patrick Weber**
     **18-CR-00014-GF-BMM**

To Whom It May Concern:

Attorney Stephen M. Burstein has moved for admission *pro hac vice* in the case of United States of America v. Stanley Patrick Weber, currently pending in the United States District Court for The District of Montana, Great Falls Division.

In accordance with Rule 8.5 of the Montana Rules of Professional Conduct, this letter certifies in writing, and under oath, that the undersigned shall be bound by the Montana Rules of Professional Conduct (except as to Rules 6.1 through 6.4) in his practice of law in Montana and agrees that he will be subject to the disciplinary authority of the state of Montana.

Sincerely,

Stephen M. Burstein

CC:  Clerk of Court, Attorney Admissions
     P.O. Box 8537
     Missoula, MT 59807
     (Including admissions fee)

```
DUPLICATE

Court Name: District Court
Division: 9
Receipt Number: MTX900D12554
Cashier ID: tgesh
Transaction Date: 07/18/2018
Payer Name: Harvey Steinberg
----------------------------------------
PRO HOC VICE
 For: Harvey Steinberg
 Case/Party: O-MTX-9-12-LB-000001-001
 Amount:         $255.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $255.00
----------------------------------------
Total Due:       $255.00
Total Tendered:  $255.00
Change Amt:      $0.00
```