**JEFFREY K. STARNES**
**LORI HARPER-SUEK**
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Jeff.Starnes@usdoj.gov
          Lori.Suek@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| UNITED STATES OF AMERICA, | CR 18-14-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | |
| STANLEY PARTICK WEBER, | PROPOSED VERDICT FORM |
| Defendant. | |

The United States of America, by and through its counsel, Jeffrey K. Starnes, and Lori Harper Suek, Assistant United States Attorneys for the District of Montana, offers the following proposed verdict form for the Court's consideration.

Defense counsel does not object to the proposed verdict form.

Dated this 30th day of July, 2018.

                                            KURT G. ALME
                                            United States Attorney

                                            */s/ Jeffrey K. Starnes*
                                            JEFFREY K. STARNES
                                            Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-14-GF-BMM** |
| **Plaintiff,** | |
| vs. | **VERDICT** |
| **STANLEY PATRICK WEBER,** | |
| **Defendant.** | |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber,

 \_\_\_\_\_Not Guilty

 \_\_\_\_\_Guilty

of the offense of Aggravated Sexual Abuse of a Child as charged in Count I of the Indictment.

//

//

//

//

//

2. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber,

_____Not Guilty

_____Guilty

of the offense of Aggravated Sexual Abuse of a Child as charged in Count II of the Indictment.

3. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber,

_____Not Guilty

_____Guilty

of the offense of Attempted Aggravated Sexual Abuse of a Child as charged in Count III of the Indictment.

4. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber,

_____Not Guilty

_____Guilty

of the offense of Attempted Sexual Abuse of a Child as charged in Count IV of the Indictment.

//

//

5. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber,

\_\_\_\_\_Not Guilty

\_\_\_\_\_Guilty

of the offense of Abusive Sexual Contact of a Minor as charged in Count V of the Indictment.

DATED this \_\_\_\_\_ day of August, 2018.

_____
FOREPERSON