IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 18-14-GF-BMM |
| | ) | |
| **STANLEY PATRICK WEBER**, | ) | |
| | ) | |
| Defendant. | ) | |

**ACKNOWLEDGMENT AND ACCEPTANCE OF TERMS OF ADMISSION**

Comes now attorney Stephen M. Burstein. Esq., *pro hac vice* counsel for Defendant Stanley Patrick Weber, and files this acknowledgment and acceptance of the terms of admission to this court, to wit:

1. Undersigned counsel is licensed and in good standing to practice law in the state courts of Colorado, and in the federal courts for the District of Colorado. Undersigned counsel has moved for *pro hac vice* admission in the United States District Court for the District of Montana for the purposes of providing representation to the Defendant in this case.
2. This court has granted undersigned counsel's *pro hac vice* admission, subject to the conditions that undersigned counsel must do his own work, do his own writing, sign his own pleadings, motions, briefs, and other documents served or filed by him, and, if designated as co-lead counsel, must appear and participate personally in all proceedings before the court.
3. Undersigned counsel Stephen M. Burstein hereby acknowledges these obligations and accepts them as a condition of admission *pro hac vice*.

Dated this 30th day of July, 2018.

/s/ *Stephen M. Burstein*
Stephen M. Burstein,
Colorado Bar Number 43541
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
sburstein@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

/s/ *Stephen M. Burstein*
Stephen M. Burstein,
Colorado Bar Number 43541
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
sburstein@springersteinberg.com