AO 89 (Rev.01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Montana

**ORIGINAL**

**FILED**

AUG 0 2 2018

Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES OF AMERICA

v

Case No: CR 18-14-GF-BMM

STANLEY PATRICK WEBER

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: James Running Crane

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

Missouri River Courthouse
125 Central Avenue West
Great Falls, MT 59404

Courtroom No.:
Charles N. Pray Courtroom.      or

Date and Time:
Monday, August 6, 2018, @ 9:00 am

You must also bring with you the following documents, electronically    information, or objects *(blank if not applicable)*:

**UPON RECEIPT OF THIS SUBPOENA, please contact Victim Witness Coordinator Keri Leggett at (406) 771-2005 or toll free (888) 326-2894.**

Date: July 16, 2018

CLERK OF COURT: Tyler P. Gilman

*Marci O'Uhman*

(name                                                         who requests

Assistant U.S. Attorney

P.O. Box 3447
Great Falls, MT 59403

Telephone: (406) 761-7715

AO 89 (Rev.01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 18-14-GF-BMM

## Proof of Service

This subpoena for *(name of individual or organization)* was received by me on *(date)*

served 8- At at *(place)* 1807 Death Row
1134 hrs

Date: 8-1-18

8/2

7 + Bombly Street
Bray MT 59417
service, etc.
1807    Row Brown MT 59417
P. Box

work

**Witness Social Security Number:**