# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | **Case No. CR-18-14-GF-BMM**<br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the medical staff at the Cascade County Detention Center will administer Ronald Joseph Fourhorns, US Marshal Number 08056-046, any and all medications listed on his USM-553 or show cause why these medication were not provided.

DATED this 3rd day of August, 2018.


_____
Brian Morris
United States District Court Judge

1