**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeffrey.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-14-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **PETITION FOR WRIT OF HABEAS CORPUS (For Testimony)** |
| **STANLEY PATRICK WEBER,** | |
| **Defendant.** | |

The United States of America, represented by Assistant United States Attorney Jeffrey K. Starnes, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of Montana State Prison and the United States Marshal for the District of Montana, to bring Michael John Four Horns before the Court at the following time and place:

    8:30 a.m. on September 4, 2018
    United States District Court
    Great Falls, Montana

The presence of Michael John Four Horns is needed for trial testimony.

Michael John Four Horns is in the Montana State Prison and therefore cannot appear before this Court unless this Writ is issued.

DATED this 6th day of August, 2018.

KURT G. ALME
United States Attorney

/s/ *Jeffrey K. Starnes*
_____

JEFFREY K. STARNES
Assistant U.S. Attorney
Attorneys for Plaintiff

2