**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeffrey.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STANLEY PATRICK WEBER,**<br><br>Defendant. | **CR 18-14-GF-BMM**<br><br><br>**PETITION FOR WRIT OF HABEAS CORPUS** (For Testimony) |

1

The United States of America, represented by Assistant United States Attorney Jeffrey K. Starnes, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of Pennington County Jail and the United States Marshal for the District of Montana, to bring Daniel Joseph Martin before the Court at the following time and place:

> 8:30 a.m. on September 4, 2018
> United States District Court
> Great Falls, Montana

The presence of Daniel Joseph Martin is needed for trial testimony.

Daniel Joseph Martin is in the Pennington County Jail and therefore cannot appear before this Court unless this Writ is issued.

DATED this 6th day of August, 2018.

        KURT G. ALME
        United States Attorney

        /s/ *Jeffrey K. Starnes*
        _____
        JEFFREY K. STARNES
        Assistant U.S. Attorney
        Attorneys for Plaintiff