JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Jeffrey.Starnes@usdoj.gov


ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | CR 18-14-GF-BMM<br><br><br><br>**PETITION FOR WRIT OF HABEAS CORPUS** (For Testimony) |
|---|---|

The United States of America, represented by Assistant United States Attorney Jeffrey K. Starnes, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of South Dakota State Penitentiary and the United States Marshal for the District of Montana, to bring Paul Harold True Blood before the Court at the following time and place:

>8:30 a.m. on September 4, 2018
>United States District Court
>Great Falls, Montana

The presence of Paul Harold True Blood is needed for trial testimony.

Paul Harold True Blood is in the South Dakota State Penitentiary and therefore cannot appear before this Court unless this Writ is issued.

DATED this 6th day of August, 2018.

>KURT G. ALME
>United States Attorney
>
>/s/ *Jeffrey K. Starnes*
>_____
>JEFFREY K. STARNES
>Assistant U.S. Attorney
>Attorneys for Plaintiff