# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY PATRICK WEBER,<br><br>Defendant. | CR 18-14-GF-BMM<br><br>**<u>ORDER</u>** |

    Upon Petition of Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for testimony) directing the Warden of Montana State Prison and the United States Marshal for the District of Montana, to produce Michael John Four Horns before the Court at the District Judge's Courtroom in Great Falls, Montana, at 8:30 a.m. on Tuesday, September 4, 2018, and Michael John Four Horns is to stay in federal custody until the conclusion of this case.   Michael John

1

Four Horns shall then be returned to the custody of the Warden of Montana State Prison.

DATED this 9th day of August, 2018.

_____
Brian Morris
United States District Court Judge