# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STANLEY PATRICK WEBER,**<br><br>Defendant. | **CR 18-14-GF-BMM**<br><br><br><br><br><br>**WRIT OF HABEAS CORPUS** (For Testimony) |

To:   United States Marshal, District of Montana and the Warden of South Dakota State Penitentiary

   YOU ARE HEREBY COMMANDED, to bring Paul Harold True Blood who is presently in your custody, before the Honorable Brian M. Morris, United States District Judge of the United States District Court for the State and District of Montana, at the courtroom of the United States District Court, Great Falls, Montana at 8:30 a.m. on September 4, 2018, for such purposes as the court may determine, and upon conclusion of all proceedings, Paul Harold True Blood shall be returned to the custody of the Warden of South Dakota State Penitentiary

WITNESS the Honorable Brian M. Morris

United States District Judge at Great Falls, Montana this __9th__ day of August, 2018.

                                              Tyler P. Gilman, Clerk

                                              Clerk

                                              Deputy Clerk