# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 18-14-GF-BMM |
| ) | |
| **STANLEY PATRICK WEBER**, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO FILE MOTION UNDER SEAL

**COMES NOW** the Defendant, Stanley Patrick Weber, by and through his undersigned counsel, and moves this court for an order that allows Defendant to file a discovery motion under seal, as the motion refers to personal information regarding a trial participant.

AS GROUNDS THEREFOR, the Defendant states as follows:

1. This is an action wherein Defendant Stanley Patrick Weber ("Weber") is charged with violations of §18 USC et al concerning the alleged sexual abuse of minors. The trial is scheduled to begin Tuesday, September 4, 2018.

2. Defendant wishes to file a motion regarding discovery. In support of that motion, Defendant believes it to be necessary to make specific reference to information pertaining to a trial participant. Defendant believes that this information must be disclosed to demonstrate that a good faith basis underlies the discovery motion, but Defendant is concerned about including personal information in a publicly available document.

3.      Defendant is not requesting that this information be sealed with regard to any other trial participants.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court sees just and proper in the premises.

Dated this 13th day of August, 2018.

>Respectfully submitted,
>
>/s/ *Ryan T. Cox*
>Ryan T. Cox,
>Admitted Pro Hac Vice
>Colorado Bar Number 49882;
>Florida Bar Number 0032686
>Springer & Steinberg, P.C.
>1600 Broadway
>Denver, CO 80202
>Tel: 303-861-2800
>Fax: 303-832-7116
>rcox@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

>/s/ *Ryan T. Cox*
>Ryan T. Cox,
>Admitted Pro Hac Vice
>Colorado Bar Number 49882;
>Florida Bar Number 0032686
>Springer & Steinberg, P.C.
>1600 Broadway
>Denver, CO 80202
>Tel: 303-861-2800
>Fax: 303-832-7116
>rcox@springersteinberg.com