**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Jeff.Starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **STANLEY PATRICK WEBER**  Defendant. | CR 18-14-GF-BMM  **EXPERT WITNESS DISCLOSURE**  *Dr. Daniel V. Foster, Psy.D., M.S. – Forensic and Clinical Psychologist* |

### I.  INTRODUCTION:

Dr. Foster is a Forensic and Clinical Psychologist who has been licensed in Montana since 1994.  He worked on the Blackfeet Indian Reservation during a portion of the period named in the indictment and has some personal knowledge of the defendant.

## II. Testimony and Opinions:

In addition to providing lay testimony about the defendant, Dr. Foster will testify about the mental health disorder schizophrenia. He will explain what schizophrenia is, what its symptoms are, and how it can affect someone who has been diagnosed with the disorder. Dr. Foster will also testify about the treatment of schizophrenia, the types of medication a person can be given, how that medication works, what side effects the medication has, and to what extent treatment can control the symptoms of schizophrenia. Finally, Dr. Foster will be asked to discuss the causes of schizophrenia, which include both biological and environmental factors.

## III. CONCLUSION:

Attached to this disclosure is Dr. Foster's *Curriculum Vitae*.

DATED this 20th day of August, 2018.

KURT G. ALME
United States Attorney

*/s/ Jeffrey K. Starnes*
JEFFREY K. STARNES
Assistant U.S. Attorney