# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR 18-14-GF-BMM ) |
| **STANLEY PATRICK WEBER**, | ) ) |
| Defendant. | ) |

The Court having reviewed Defendant's Unopposed Motion to Allow Testimony by Videoconference, and with good cause shown, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Witness Dr. Rachel Eigenbrode may testify via videoconference. Defense counsel will contact the Clerk of Court in the Great Falls Division to make arrangements.

Dated this 23rd day of August, 2018.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge