## PLAINTIFF'S TRIAL WITNESS LIST

## UNITED STATES v. STANLEY PATRICK WEBER

| Plaintiff Counsel: Jeffrey K. Starnes, Lori Suek, Assistant U.S. Attorneys | Defendant Counsel: Harvey Steinberg, Ryan Cox, Steve Burstein, Nicole Siefert | District Division: District of Montana, Great Falls | Docket No: CR 18-14-GF-BMM |
|---|---|---|---|
| Trial Date: Tuesday, September 4, 2018 | Courtroom Deputy: Suzy Redding | Court Reporter: Yvette Heinze | Presiding Judge: Honorable Brian M. Morris |

| Date of testifying on behalf plaintiff | Date of testifying on behalf defendant | NAME OF WITNESS |
|---|---|---|
| | | Dawn Bremner |
| | | Mark Butterbrodt |
| | | Ronald Crawford |
| 9-5-18 | | Daniel Foster |
| | | Rebecca Foster |
| 9-5-18 | | Michael Four Horns |
| 9-4-18 | | Ronald "Joe" Four Horns |
| | | Mark Galbreath |
| 9-5-18 | | Fredrick Gayton |
| | | Misty Hall, Tribal Enrollment Specialist, Blackfeet Tribe |
| | | Eugene Hunts Horse |
| 9-5-18 | | Daniel Martin |
| 9-5-18 | | Justin Meineke |
| 9-5-18 | | Aaron Reevis |
| 9-5-18 | | Gilbert "James" Running Crane |
| 9-5-18 | | Joshua Spotted Eagle |

|  |  |  |
|---|---|---|
|  |  | Wes Spotted Eagle |
| 9·5·18 |  | Curt Muller, Inspector, U.S. Department of Health & Human Services – Office of Inspector General |
|  |  |  |

CAVEAT  THE UNITED STATES MAY OR MAY NOT CALL ALL OF THE WITNESSES ON THE WITNESS LIST.  THE DEFENDANT SHOULD NOT RELY ON THIS LIST AS A GUARANTEE THAT THE WITNESSES LISTED WILL TESTIFY.  THE DEFENDANT SHOULD ISSUE HIS OWN SUBPOENA FOR ANY WITNESS HE WANTS TO TESTIFY ON HIS BEHALF AT TRIAL.