# EXHIBITS ON BEHALF OF: UNITED STATES OF AMERICA
## PLAINTIFF ANTICIPATES OFFERING THE FOLLOWING EXHIBITS
### CASE NAME: UNITED STATES OF AMERICA v. STANLEY PATRICK WEBER
### CASE NO. CR 18-14-GF-BMM

| EX # | DATE ADMITTED | DATE OF OBJECTION | DESCRIPTION OF EXHIBIT | WITNESS | STIPULATED ADMISSIBLE | STIPULATED FOUNDATION | STIPULATED AUTHENTIC |
|---|---|---|---|---|---|---|---|
| 1 | 9.4.18 | | Tribal Enrollment form for Gilbert Running Crane | Misty Hall | | | |
| 2 | 9.4.18 | | Tribal Enrollment form for Ronald Four Horns | Misty Hall | | | |
| 3 | 9.4.18 | | Federal Register of Recognized Tribes | SA Curt Muller | | | |
| 4 | 9.4.18 | | 1994 Photograph of Ronald Four Horns | Ronald Four Horns | | | |
| 5 | 9.4.18 | | 1994 Photograph of Michael Four Horns | Michael Four Horns | | | |
| 6 | 9.4.18 | | Passport Application Photograph of Dr. Stanley Weber | SA Curt Muller | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |