# TRIAL WITNESS LIST

plaintiff ___   defendant X

CASE NAME: United States of America ___ vs Stanley Patrick Weber ___

| Plaintiff Counsel: | Defendant Counsel: | District Division:<br>Great Falls | Docket No:<br>CR-18-14-GF-BMM |
|---|---|---|---|
| Trial Date:<br>9.4.18 | Courtroom Deputy: | Court Reporter: | Presiding Judge:<br>Brian Morris |

| Date of testifying on behalf defendant | Date of testifying on behalf plaintiff | NAME OF WITNESS |
|---|---|---|
| | 9.6.18 | Gerald Clayton Calf Looking |
| | 9.6.18 | Robert Welch |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |