# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-14-GF-BMM |
| Plaintiff, | |
| vs. | **VERDICT** |
| STANLEY PATRICK WEBER, | |
| Defendant. | |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber:

    \_\_\_\_\_Not Guilty

    ✓ Guilty

    of the offense of Aggravated Sexual Abuse of a Child as charged in Count I of the Indictment.

2. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber:

    \_\_\_\_\_Not Guilty

1

    ✓ Guilty

of the offense of Aggravated Sexual Abuse of a Child as charged in Count II of the Indictment.

3. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber:

    \_\_\_\_ Not Guilty

    ✓ Guilty

of the offense of Attempted Aggravated Sexual Abuse of a Child as charged in Count III of the Indictment.

4. We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber:

    ✓ Not Guilty

    \_\_\_\_ Guilty

of the offense of Attempted Sexual Abuse of a Minor as charged in Count IV of the Indictment.

5.  We, the Jury, in the above-entitled matter, unanimously find the defendant, Stanley Patrick Weber:

> ____ Not Guilty
>
> __✓__ Guilty

of the offense of Abusive Sexual Contact of a Minor as charged in Count V of the Indictment.

DATED this __6__ day of September, 2018.

Foreperson signature redacted. Original document filed under seal.