# The Blackfeet Tribe
## of
## The Blackfeet Indian Nation

P.O. Box 850
Browning, MT 59417
(406) 338-3533

IN REPLY REFER TO:
ENROLLMENT

I hereby certify that the following named individual is listed on the official records of this office:

**RUNNING CRANE, GILBERT**   ███/1981   201-U17558

| | |
|---|---|
| BLACKFEET: | 21/64 |
| CREE: | 1/16 |
| TOTAL: | 25/64 |

_____
Harry Barnes, B.T.B.C. Chairman

USAO 00045

_____
Enrollment Officer

01/29/18
Date

GOVERNMENT EXHIBIT
1