# The Blackfeet Tribe
## of
## The Blackfeet Indian Nation

P.O. Box 850
Browning, MT 59417
(406) 338-3533

IN REPLY REFER TO:
ENROLLMENT

I hereby certify that the following named individual is listed on the official records of this office:

FOUR HORNS, RONALD     ▇▇▇ 1983     201-U18222

BLACKFEET:     23/32

TOTAL:     23/32

_____
Harry Barnes, B.T.B.C. Chairman

USAO 00008 _____
Enrollment Officer

_____
Date 01/31/18

GOVERNMENT EXHIBIT 2