

GOVERNMENT EXHIBIT
4