

GOVERNMENT EXHIBIT

5