**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**STANLEY PATRICK WEBER,**<br><br>Defendant. | CR 18-14-GF-BMM<br><br><br><br>**UNITED STATES' NOTICE OF INTENT TO REQUEST REDACTION** |

The United States of America, represented by Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, notifies the Court and opposing counsel that it intends to request redaction of a portions of the partial trial

1

transcript of Gilbert James Running Crane's testimony because it contains the month and year of birth, rather than just the year of birth. The redaction request will be filed in a separate pleading.

DATED this 24th day of September, 2018.

                                       KURT G. ALME
                                       United States Attorney

                                       /s/ Jeffrey K. Starnes
                                       JEFFREY K. STARNES
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on September 24, 2018, the United States Attorney's office served a copy of the attached **NOTICE OF INTENT TO REQUEST REDACTION** in the following manner:

Addressee(s):

| | |
|---|---|
| Ryan T. Cox<br>Springer & Steinberg, P.C.<br>1600 Broadway<br>Denver, CO 80202<br>rcox@springersteinberg.com<br>(Via Email) | Clerk of District Court<br>(Via CM/ECF) |

KURT G. ALME
United States Attorney

/s/ Jeffrey K. Starnes
JEFFREY K. STARNES
Assistant U.S. Attorney
Attorney for Plaintiff