# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 18-14-GF-BMM |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **STANLEY PATRICK WEBER,** | |
| **Defendant.** | |

Upon unopposed motion of the United States, and for good cause shown,

IT IS ORDERED that the Clerk of Court file the redacted version of (doc. 143), the defense motion for downward departure, as proposed by the United States. The Clerk of Court is further directed to strike the original filing from the record.

DATED this 22nd day of January, 2019.

Brian Morris
United States District Court Judge

1