# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR 18-14-GF-BMM |
| **STANLEY PATRICK WEBER**, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

**COMES NOW** the Defendant, Stanley Patrick Weber, by and through his undersigned counsel, and provides notice that Defendant is hereby appealing the judgment of conviction entered January 17, 2019 to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

/s/ *Ryan T. Cox*
Ryan T. Cox,
Admitted Pro Hac Vice
Colorado Bar Number 49882;
Florida Bar Number 0032686
Springer & Steinberg, P.C.
1600 Broadway
Denver, CO 80202
Tel: 303-861-2800
Fax: 303-832-7116
rcox@springersteinberg.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of January, 2019, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties entered in the case.

                      /s/ *Ryan T. Cox*
                      Ryan T. Cox,
                      Admitted Pro Hac Vice
                      Colorado Bar Number 49882;
                      Florida Bar Number 0032686
                      Springer & Steinberg, P.C.
                      1600 Broadway
                      Denver, CO 80202
                      Tel: 303-861-2800
                      Fax: 303-832-7116
                      rcox@springersteinberg.com